NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALGRIE MARTINO JOHNSON, JR.,**
*Petitioner,*

v.

**DEPARTMENT OF THE TREASURY,**
*Respondent.*

---

2012-3158

---

Petition for review of the Merit Systems Protection Board in case no. PH315H120124-1-1.

---

## ON MOTION

---

## ORDER

Algrie Martino Johnson, Jr. moves to stay proceedings in this petition for review or in the alternative to dismiss the petition without prejudice to allow him to reinstate the petition should the Merit Systems Protection Board determine his petition seeking full Board review was untimely. The Department of Treasury responds.

Accordingly,

IT IS ORDERED THAT:

ALGRIE JOHNSON, JR. v. TREASURY                                2

　　The parties are directed to file a status report within 21 days of the date of this order on the related proceedings before the Board.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s26